# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

———————————

## No. ACM S32706

———————————

### UNITED STATES
*Appellee*

**v.**

### Aziz A. WALKER
Airman (E-2), U.S. Air Force, *Appellant*

———————————

Appeal from the United States Air Force Trial Judiciary

Decided 16 February 2022

———————————

*Military Judge:* Shad R. Kidd.

*Sentence:* Sentence adjudged on 12 May 2021 by SpCM convened at Goodfellow Air Force Base, Texas. Sentence entered by military judge on 14 May 2021: Bad-conduct discharge, confinement for 150 days, and reduction to E-1.

*For Appellant:* None.[*]

*For Appellee:* Captain Cortland Bobczynski, USAF; Mary Ellen Payne, Esquire.

Before KEY, ANNEXSTAD, and MEGINLEY, *Appellate Military Judges*.

———————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

———————————

---

[*] On 12 May 2021 and again on 5 August 2021, Appellant declined, in writing, appellate defense counsel representation. *See United States v. Xu*, 70 M.J. 140 (C.A.A.F. 2011) (mem.); *see also* Air Force Instruction 51-201, *Administration of Military Justice*, ¶ 14.5.2 (18 Jan. 2019).

PER CURIAM:

The findings and sentence as entered are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d) (*Manual for Courts-Martial, United States* (2019 ed.)). Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court